Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. SA 14-cv-281-DOC-ANx |
| Plaintiff, | |
| v. | ORDER RE STIPULATED PERMANENT INJUNCTION [23] |
| LU CHINGFENG, an individual d/b/a HUMOX TECHNOLOGIES, | |
| Defendant. | |

The Court having considered the Stipulated Permanent Injunction executed between Plaintiff Microsoft Corporation and Defendant Lu Chingfeng, an individual doing business as Humox Technologies (collectively, the "Parties") as part of the settlement in this matter,

IT IS HEREBY ORDERED that Defendant Lu Chingfeng, an individual doing business as Humox Technologies ( "Defendant") along with Defendant's directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a)    imitating in a manner that infringes, copying in a manner that

infringes, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

> (1)   1,200,236 ("MICROSOFT");
>
> (2)   1,256,083 ("MICROSOFT");
>
> (3)   1,872,264 ("WINDOWS");
>
> (4)   2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

> (1)   TX 5-407-055 ("Windows XP");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

(b)   manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above not authorized or licensed by Microsoft;

(c)   using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d)   using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that

any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e)     engaging in any other activity constituting an illegal distribution of any Microsoft software, component, EULA, COA, item, or thing and/or constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights or constituting any illegal dilution of Microsoft's name, reputation, or goodwill; and

(f)     assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO ORDERED.**

Dated:  October 3, 2014

_David O. Carter_
_____
THE HONORABLE DAVID O. CARTER
United States District Court Judge

-3-